FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE MELENDREZ CARDENAS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JULIE M. STUFFT, MATT PIERCE, MARCO RUBIO,<br><br>　　　　　　　Defendants. | No. 2:25-CV-00119-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF Nos. 8, 10** |

Before the Court is the parties' Joint Stipulation for Dismissal Without Prejudice. ECF No. 10. The parties stipulate to the dismissal of this action, without prejudice and without an award of attorneys' fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a Plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation for Dismissal Without Prejudice, **ECF No. 10**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED without prejudice**, without an award of fees or costs.

3. Defendants' Motion to Dismiss, **ECF No. 8**, is **DENIED as moot**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE the file**.

DATED July 15, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2